UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00519-FDW-WCM

| AMBER JORDAN, | ) | |
|---|---|---|
| Claimant, | ) | |
| v. | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Commissioner. | ) | |

**THIS MATTER** is before the Court on the Commissioner's Consent Motion to Remand, (Doc. No. 7). For the reasons set forth below, the Motion is GRANTED.

Under sentence four of 42 U.S.C. § 405(g), this Court may enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions. In light of Defendant's motion to remand for further administrative proceedings, to which Claimant consents, the Court hereby REMANDS this case to Defendant for further administrative proceedings pursuant to 42 U.S.C. § 405(g). See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993). The Clerk of the Court is respectfully directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that the Commissioner's Consent Motion to Remand, (Doc. No. 7), is GRANTED and this case is REMANDED to the Social Security Commission.

**IT IS SO ORDERED.**

Signed: October 15, 2024

Frank D. Whitney
United States District Judge